IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00495-WDM-02

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.     RODGERICK L. LACKEY,

       Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss the Superseding Indictment and the original Indictment as to defendant Rodgerick L. Lackey only, and the Court having considered the same,

IT IS HEREBY ORDERED that the Superseding Indictment and the original Indictment as to defendant Rodgerick L. Lackey only are dismissed.

SO ORDERED this _____ day of January, 2009.

BY THE COURT:

WALKER D. MILLER
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO